IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERARDO ROSENDO VARGAS, JR.,** : <br>     **Plaintiff,** : <br> : <br> v. : <br> : <br> **JUDGE JILL M. SCHEIDT,** *et al.*, : <br>     **Defendants.** : | **CIVIL ACTION NO. 25-CV-1748** |

## ORDER

AND NOW, this 7th day of May, 2025, upon consideration of Plaintiff Gerardo Rosendo Vargas, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 4) and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 4) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint (ECF No. 1) is **DEEMED** filed.

3. The Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**